**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-6198

_____

LINWOOD EARL CHANDLER,

Plaintiff - Appellant,

versus

MIKE MORLEY, Chaplain; TRACY RAY, Associate
Warden; ALTON BASKERVILLE, Warden,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-98-641-A)

_____

Submitted:  April 15, 1999          Decided:  April 21, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Linwood Earl Chandler, Appellant Pro Se.  Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linwood Chandler, a Virginia inmate, appeals the district court's order granting summary judgment to defendants Ray and Baskerville and dismissing Chandler's claims against defendant Morley under 28 U.S.C.A. § 1915A (West Supp. 1998). Chandler's complaint was brought under 42 U.S.C.A. § 1983 (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chandler v. Morley, No. CA-98-641-A (E.D. Va. Jan. 13, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on January 12, 1999, the district court's records show that it was entered on the docket sheet on January 13, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed.R.Civ.P. 58 and 79(a); see Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).